# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
 ❏ evidence of a crime;
 ❏ contraband, fruits of crime, or other items illegally possessed;
 ❏ property designed for use, intended for use, or used in committing a crime;
 ❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section*(s) | *Offense Description* |
|---|---|
| | |

The application is based on these facts:

 ❏ Continued on the attached sheet.
 ❏ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____  _____
*Judge's signature*

City and state: _____  _____
*Printed name and title*